# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**PETER CHRISTIAN and DAWN MEHAFFIE,**

      **Plaintiffs,**

v.                                    Case No: 6:23-cv-942-PGB-EJK

**LIBERTY MUTUAL FIRE INSURANCE COMPANY,**

      **Defendant.**

_____/

## ORDER

This cause is before the Court on the parties' Joint Stipulation Dismissing Case With Prejudice, filed January 10, 2024. (Doc. 22). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiffs' claims against Defendant Liberty Mutual Fire Insurance Company are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 16, 2024.

                                                         PAUL G. BYRON
                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties